IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00024-MR-WCM

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| NATIONAL BRIDGE BUILDERS, LLC, ) WILLIAM H. WEST III, ) WILLIAM H. WEST IV, ) GEMINI III TRUST, and ) GEMINI IV TRUST ) ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 20) filed by Jeffrey S. Price. The Motion indicates that Mr. Price, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Jarrod W. Stone, who the Motion represents as being a member in good standing of the Bar of Tennessee. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 20) and **ADMITS** Jarrod W. Stone to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 29, 2022

W. Carleton Metcalf
United States Magistrate Judge