# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00024-MR-WCM

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE CO., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| NATIONAL BRIDGE BUILDERS, LLC, WILLIAM H. WEST, III, WILLIAM H. WEST, IV, GEMINI III TRUST, and GEMINI IV TRUST, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER** is before the Court on "National Bridge Builders LLC's Motion for Reconsideration of Memorandum of Decision and Order" [Doc. 42], "National Bridge Builders LLC's Motion to Enlarge Time to Respond to Plaintiff's Second Motion for Preliminary Injunction" [Doc. 43], and National Bridge Builders LLC's "Motion to Withdraw Motion for Reconsideration and Motion to Enlarge Time to Respond to Plaintiff's Second Motion for Preliminary Injunction" [Doc. 44].

Having reviewed Defendant National Bridge Builders LLC's Motions,

**IT IS, THEREFORE, ORDERED** that Defendant National Bridge Builders LLC's "Motion to Withdraw Motion for Reconsideration and Motion to Enlarge Time to Respond to Plaintiff's Second Motion for Preliminary Injunction" [Doc. 44] is **GRANTED**, and the Memorandum of Decision and Order [Doc. 41] is **VACATED**.

**IT IS FURTHER ORDERED** that Defendant National Bridge Builders LLC shall have seven (7) days from the entry of this Order to file a response to the Plaintiff's Second Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Signed: November 18, 2022

Martin Reidinger
Chief United States District Judge