IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00024-MR-WCM

| | | |
|---|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| NATIONAL BRIDGE BUILDERS, LLC, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Attend Hearing Without Local Counsel. Doc. 80.

As the Motion correctly notes, the Local Rules of this district require that attorneys who are admitted *pro hac vice* "be accompanied by local counsel at all hearings unless otherwise permitted by the Court." LCvR 83.1(b)(1).

In this case, Plaintiff is represented by Jeffrey S. Price, who appears as local counsel and Jarrod W. Stone, who has been admitted *pro hac vice*. The Motion states that Mr. Price and Mr. Stone work in the same office of the same law firm in Nashville, Tennessee and requests permission for Mr. Stone to appear at the upcoming motions hearing on March 1, 2023 without being accompanied by Mr. Price, in order to reduce costs and expenses.

Plaintiff's interest in cost savings is legitimate. The Motion, though, fails to recognize the importance of the position of local counsel. As members of the

1

bar of this Court, local counsel are familiar with the practices of the district and are relied upon to ensure that their clients and lead counsel understand not only the technical aspects of the Local Rules but also expectations regarding civility and professionalism.

Additionally, the undersigned is not persuaded that an exception to the Local Rules should be made with regard to the specific upcoming motions hearing in this case.

Accordingly, Plaintiff's Unopposed Motion for Leave to Attend Hearing Without Local Counsel (Doc. 80) is, respectfully, denied.

It is so ordered.

Signed: February 26, 2023

W. Carleton Metcalf
United States Magistrate Judge

2

Case 1:22-cv-00024-MR-WCM   Document 82   Filed 02/27/23   Page 2 of 2