IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00024-MR-WCM

| | |
|---|---|
| **FRANKENMUTH MUTUAL INSURANCE COMPANY,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **O R D E R** ) |
| **NATIONAL BRIDGE BUILDERS, LLC,** | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court *sua sponte*.

On May 5, 2023, the parties filed motions for partial summary judgment. [Docs. 103, 105, 107, 108, 111]. These motions, however, fail to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 35 at 6]. Accordingly, the parties' motions will be stricken.

In addition to failing to comply with the font requirement, the Plaintiff filed <u>four</u> separate motions for partial summary judgment, separately seeking dismissal of each of the Defendant's counterclaims. [Docs. 103, 105, 107, 111]. These motions are accompanied by over 50 pages of briefing, far in excess of the 25-page limit set forth in the Court's Case Management Plan.

[See id.].  Accordingly, should the Plaintiff choose to refile a dispositive motion, it must do so by filing <u>one</u> motion, accompanied by a brief not to exceed 25 pages, in addition to complying with the Court's font requirement.

**IT IS, THEREFORE, ORDERED** that the parties' Motions for Partial Summary Judgment [Docs. 103, 105, 107, 108, 111] are **STRICKEN**.  The parties may refile their motions and briefs in a manner which complies with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: May 11, 2023

Martin Reidinger
Chief United States District Judge