# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00024-MR-WCM

| | |
|---|---|
| **FRANKENMUTH MUTUAL INSURANCE COMPANY,** ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| **NATIONAL BRIDGE BUILDERS, LLC,** ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

This matter is scheduled for trial during the Court's September 5, 2023 trial term. At the final pretrial conference on August 25, 2023, it became apparent to the Court that there were certain issues which remain to be resolved that may be more efficiently addressed through the filing of dispositive motions. The resolution of such issues (or portions thereof) before trial, rather than as part of the trial before a jury, may facilitate the conduct of the trial and allow for the more efficient conduct thereof. Accordingly, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that the dispositive motions deadline in this case is **EXTENDED** so that the parties may address through the filing

of summary judgment motions the issue of whether the purported agreement between the parties that is the subject of the Defendant's counterclaims is, in fact, an enforceable contract. Such motions shall be filed no later than **September 22, 2023**.

**IT IS FURTHER ORDERED** that the trial of this matter is hereby **CONTINUED** to the first civil term on or after **March 11, 2024**.

**IT IS SO ORDERED.**

Signed: August 28, 2023

Martin Reidinger
Chief United States District Judge